NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

PROGRESSIVE HEALTH SUPPLY
& SOURCE CORP.,

      Plaintiff,

    v.

BIOSENSE MEDICAL DEVICES, LLC,
GREGORY SANTULLI, and SCOTT
CLIMES,

      Defendants.

Civ. No. 16-4965

**ORDER**

R E C E I V E D

FEB 02 2018

AT 8:30 _____
WILLIAM T. WALSH
CLERK

THOMPSON, U.S.D.J.

      AND NOW, this **2nd** day of **February**, 2018, upon consideration of the Parties' Joint Motion to Clarify Order for Dismissal *Nunc Pro Tunc* (ECF No. 52); the documents filed in support thereof; and the arguments of counsel in support thereof, the Court finds that the Joint Motion is **GRANTED**;

      The Court hereby **ORDERS** that, notwithstanding the January 3rd, 2018 Order of Dismissal (ECF No. 51), the Court shall retain jurisdiction to enforce, interpret, and resolve any disputes regarding the Settlement and General Release Agreement ("Settlement Agreement") (ECF No. 46-1, Ex. A) and Consent Order (ECF No. 47), and the prior Order of Dismissal is without prejudice to the parties' rights to enforce the Settlement Agreement and enter judgment (*see* ECF No. 48) in accordance with its terms.

                      **IT IS SO ORDERED.**

                   *Anne E. Thompson*

                   ANNE E. THOMPSON, U.S.D.J.